UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:13-cv-80548-DMM

CONSUMER FINANCIAL PROTECTION
BUREAU,

    Plaintiff,

vs.

AMERICAN DEBT SETTLEMENT SOLUTIONS,
INC. and MICHAEL DIPANNI,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the entry of the Stipulated Final Judgment and Order. Having entered such, and upon the agreement of the Parties, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 6 day of June, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record