UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:13-cv-80548-DMM

CONSUMER FINANCIAL PROTECTION
BUREAU,

      Plaintiff,

vs.

AMERICAN DEBT SETTLEMENT SOLUTIONS,
INC. and MICHAEL DIPANNI,

      Defendants.
_____/

## ORDER GRANTING AGREED MOTION REQUESTING ENTRY OF THE STIPULATED FINAL JUDGMENT AND ORDER

THIS CAUSE comes before the Court on the Consumer Financial Protection Bureau's Agreed Motion Requesting Entry of the Stipulated Final Judgment and Order (DE 3) ("Agreed Motion"). After considering the Agreed Motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that the Agreed Motion (DE 3) is **GRANTED**. The Court shall enter final judgment as proposed by the parties by separate order.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this ___ day of June, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record